UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL DINO FORZANO AND KATRINA ANN ALBERT | 25-CV-01153 (JAV) |
| Plaintiffs, | |
| V. | |
| THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY, JETBLUE CORPORATION AND AIRWAY, LLC | **STIPULATION AND ORDER TO AMEND CAPTION** |
| Defendants. | |

**WHEREAS,** plaintiffs' amended complaint in this action (Dkt. No. 8) misnames Defendant Airway Cleaners, LLC as Airway, LLC and misnames Defendant JetBlue Airways Corporation as JetBlue Corporation; and WHEREAS, more than 21 days have passed since service of a responsive pleading in this case;

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for the parties that, pursuant to Fed. R. Civ. P. 15(c)(1)(C), the caption of this action be amended to replace "Airway, LLC" with "Airway Cleaners, LLC" and to replace "JetBlue Corporation" with "JetBlue Airways Corporation" as named Defendants. The new caption shall be Michael Dino Forzano And Katrina Ann Albert v. The Port Authority Of New York And New Jersey, JetBlue Airways Corporation, And Airway Cleaners, LLC.

Dated: June 12, 2025

STIPULATED AND AGREED:

 s/ Albert Elia
Albert Elia, Bar No. 6034813
DISABILITY LAW UNITED
196 Utica Avenue, #1011
Brooklyn, New York 11213
(303) 757-7901
*Attorneys for Plaintiffs Michael Dino Forzano*
 *and Katrina Ann Albert*

s/Fred G. Wexler
Fred G. Wexler (FW-7015)
BROWN GAVALAS & FROMM LLP
60 East 42nd Street, Suite 4600
New York, New York 10165
(212) 983-8500
*Attorneys for Defendant, Airway Cleaners, LLC*

1

 s/ Frederick Alimonti
Frederick Alimonti (FA9651)
ALIMONTI LAW OFFICES, P.C.
8 Madison Avenue, Second Floor
Valhalla, New York 10595
(914) 297-9209
*Attorneys for Defendants*
*The Port Authority of New York*
*and New Jersey and*
*JetBlue Airways Corporation*

SO ORDERED:

Hon. Jeanette A. Vargas, United States District Judge
U.S. District Court
Southern District of New York
 Dated: June 17, 2025

2