UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHAEL DINO FORZANO and KATRINA ANN ALBERT,

                Plaintiff,

-against-

THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY, JETBLUE AIRWAYS CORPORATION and AIRWAY CLEANERS, LLC,

                Defendants.
------------------------------------------------------------------X

Docket No.: 1:25-cv-01153 (JAV)

**STIPULATION OF DISMISSAL AS TO AIRWAY CLEANERS, LLC ONLY**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys of record for the parties that:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims asserted by plaintiffs against AIRWAY CLEANERS in this action, are hereby dismissed with prejudice and without costs to either party as against the other;

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims that were or could have been asserted by THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY and JETBLUE AIRWAYS CORPORATION against AIRWAY CLEANERS, LLC in this action, are hereby dismissed with prejudice and without costs to any party as against the other;

3. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that all claims that were or could have been asserted by AIRWAY CLEANERS, LLC against THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY and JETBLUE AIRWAYS CORPORATION in this action, are hereby dismissed with prejudice and without costs to any party as against the other.

4. Defendant, AIRWAY CLEANERS, LLC, is not a necessary and indispensable party to this action; and,

5. This Stipulation may be filed with the Court without further notice.

Dated: New York, New York
       October 16, 2025

_____
Albert Elia, Bar No. 6034813
aelia@dlunited.org
DISABLITY LAW UNITED
Attorneys for Plaintiffs
196 Utica Ave., #1011
Brooklyn, NY 11213
(303)757-7901

_____
Fred G. Wexler, Esq. (FW-7015)
fgw@browngavalas.com
BROWN GAVALAS & FROMM LLP
Attorneys for Defendant, AIRWAY CLEANERS, LLC
60 East 42nd Street, Suite 4600
New York, New York 10165
(212)983-8500

_____
Frederick Alimonti (FA9651)
ALIMONTI LAW OFFICES, PC
Attorneys for Defendants, THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY and JETBLUE AIRWAYS CORPORATION
8 Madison Avenue, Second Floor
Valhalla, New York 10595
(914)948-8044

The Clerk of Court is directed to not close this case.

SO ORDERED:

_____
Jeannette A. Vargas, U.S.D.J.
Dated: November 20, 2025

2